**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7666**

RONALD A. DENNIS,

             Plaintiff - Appellant,

        v.

D.M. VAUGHN, Warden; L. THOMPSON, Institutional Physician;
LIEUTENANT STOKES, Supervisor; SERGEANT PHARREL,
Transportation Officer; OFFICER GRIER, Transportation
Officer; OFFICER THORTON, Transportation Officer; STEPHEN
HAVARD, Chief Physician; FRED SCHILLING, Health Services
Director,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Liam O'Grady, District
Judge.  (1:08-cv-00712-LO-TRJ)

Submitted:  January 13, 2009        Decided:  January 16, 2009

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Ronald A. Dennis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald A. Dennis appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dennis v. Vaughn, No. 1:08-cv-00712-LO-TRJ (E.D. Va. filed July 28 & entered July 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED